FILED
U.S. District Court
District of Kansas

APR 23 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

United States District Court

    District of Kansas

Damon L. Wheeler

    Plaintiff

Vs      case number :

         25-1075

Walgreens Co.

    Defendant

      Motion to Show Cause

In Conjunction With the United States District Court Plaintiff Damon L. Wheeler filing complaint charges with the Equal Employment Opportunity Commission ( O. Kirksey) from the Equal Employment Opportunity Commission Plaintiff Damon L. Wheeler entering in This Motion to Show Cause Under Federal Statue 29 CFR part 525 Americans with Disabilities Act, 29 CFR S. 1630.12 Retaliation and Freedom of Religion Act Title 42 chapter 21b ( 28 CFR 38) in the wrongful termination of Mr. Damon L.Wheeler on 10/20/2024 from Walgreens Stores. On August 8th, 2024 Mr. Damon L. Wheeler was retaliated against by the Shift lead ( Cashmere S. And Sent Home due to a Tattoo that Plaintiff Damon L. Wheeler has on skin of a Crown in the National Manifestation from Mr. Wheeler being a reformed extended Member of A Structuralized Latino Organization up until his termination three times until 10/24/2025. Plaintiff Damon L. Wheeler Stated that it's apart of his religion and that goes against Walgreens policy of Discrimination to send him home and if needed that he would cover it up with Band-Aids but management refused to accommodate Plaintiff. With Plaintiff Damon L. Wheeler listing that he has a documented disability but treatable with the proper medication as prescribed that he still could perform descriptive job duties as required to do, So Walgreens violated 29 CFR part 525 due to plaintiff having a documented disability (Mental Disorder) schizoaffective disorder by knowing employee Damon L. Wheeler was treated with medication by Comcare ( A state jurisdictional Agency under Title 21 CFR 291.505(d)(1). Upon his termination the proper channels of termination were not followed by Walgreens Co. Management not at one time using disciplinary action by suspension up to including termination. Plaintiff Damon L. Wheeler knows that he became retaliated against by employees and will provide witnesses under procedure 601 to support his claims of discrimination. Plaintiff Damon L. Wheeler can provide substantial evidence to proceed in this suit against Walgreens Co. In the Act of Violations of Retaliation, Americans with Disabilities Act and Violation of Freedom of Religion Act to proceed in the United States District Court in this motion complaint to show cause as to by reference why this motion should be granted on this 23rd Day of April 2025

Damon Wheeler
408 E, Lincoln St
Wichita, Ks 67211
872-248-7566