IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON L. WHEELER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WALGREEN CO., | ) ) ) |
| Defendant. | ) ) |

Case No. 6:25-cv-1075-EFM-BGS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Damon L. Wheeler and Defendant Walgreen Co., being all the parties in the action, hereby stipulate to the dismissal of this action with prejudice, with all parties to bear their own costs, attorneys' fees, and expenses.

Respectfully submitted,

/s/ Damon L. Wheeler
Damon Lamont Wheeler
408 E. Lincoln Street
Wichita, KS 67211

PLAINTIFF

and

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Sarah R. Holdmeyer
Sarah R. Holdmeyer (MO # 27584)
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
sarah.holdmeyer@bclplaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      This certifies that on July 14, 2025, the foregoing was filed via the Court's Electronic Case Filing System, which will send notice of the filing to all counsel of record and sent a copy of the foregoing by U.S. Mail and email to Plaintiff at:

Damon Lamont Wheeler
408 E. Lincoln St.
Wichita, KS 67211
maahummaestro83@gmail.com
Plaintiff

                                                                         s/ *Sarah R. Holdmeyer*
                                                                         Attorney for Defendant